**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Datalink Corporation, a Minnesota corporation,

Plaintiff,

v.

Datalink.net, Inc., a Nevada corporation,

Defendant.

File No. 00-CV-1629 (JMR/FLN)

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

---

## STIPULATION

The parties, by and through their undersigned counsel, hereby stipulate and agree that defendant Datalink.net, Inc. may and shall have until Monday, August 14, 2000 to answer, move or otherwise plead in response to plaintiff's Complaint in the above-captioned action.

SO AGREED.

Dated: 7/31, 2000

MESSERLI & KRAMER

By: [signature]

George R. Serdar (# 99259 )
Elizabeth Plitzuweit (# 278646 )
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
Phone: (612) 672-3600

ATTORNEYS FOR PLAINTIFF

AUG 03 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: July 31, 2000

FAEGRE & BENSON LLP

By: James R. Steffen

Duane W. Krohnke (#58432)
James R. Steffen (#204717)
Ann Dunn Wessberg (#25762X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: 612-336-3000

ATTORNEYS FOR DEFENDANT

**ORDER**

IT IS SO ORDERED.

Dated: Aug. 2, 2000

BY THE COURT:

Franklin L. Noel

Franklin L. Noel
Chief United States Magistrate Judge

M2:20327816.01