UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Datalink Corporation, a Minnesota corporation,

Plaintiff,

v.

Datalink.net, Inc., a Nevada corporation,

Defendant.

File No. 00-CV-1629 (JMR/FLN)

**THIRD STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

---

**STIPULATION**

In view of on-going settlement discussions, the parties, by and through their undersigned counsel, hereby stipulate and agree that defendant Datalink.net, Inc. may and shall have until Friday, October 27, 2000 to answer, move or otherwise plead in response to plaintiff's Complaint in the above-captioned action.

SO AGREED.

Dated: October 12, 2000

MESSERLI & KRAMER P.A.

By: George R Serdar
George R. Serdar (#99259)
Elizabeth Plitzuweit (#278646)
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
Phone: (612) 672-3600

ATTORNEYS FOR PLAINTIFF

FILED OCT 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 12, 2000

FAEGRE & BENSON LLP

By: [signature]
James R. Steffen (#204717)
Ann Dunn Wessberg (#25762X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: 612-336-3000

ATTORNEYS FOR DEFENDANT

**ORDER**

IT IS SO ORDERED. - No further extensions will be granted.

Dated: 10/23, 2000

BY THE COURT:

[signature]
Franklin L. Noel
Chief United States Magistrate Judge

M2:20327816.02