UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Datalink Corporation, a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Datalink.net, Inc., a Nevada corporation,<br><br>Defendant. | Case No. 00-1629 JMR/FLN |

**SECOND STIPULATION TO EXTEND TIME TO ANSWER**

The parties to this action, through their respective counsel, hereby stipulate and agree that the Defendant may have until October 12, 2000, to answer or otherwise respond to the Complaint.

MESSERLI & KRAMER P.A.

Dated: October 4, 2000

George R. Serdar (#99259)
Elizabeth L. Plitzuweit (#278646)
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, Minnesota 55402
(612) 672-3600

ATTORNEYS FOR PLAINTIFF

FILED OCT 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 4, 2000

FAEGRE & BENSON LLP

[signature]

Duane W. Krohnke (#58452)
James R. Steffen (#204717)
Ann Dunn Wessberg (#204717)
2220 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000

ATTORNEYS FOR DEFENDANT

468317_1

So ORDERED.

[signature]