UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1629(JMR/FLN)

| | | |
|---|---|---|
| Datalink Corporation | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Datalink.net, Inc. | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: June 5, 2001

JAMES M. ROSENBAUM
United States District Judge

JUN 5 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Case No. 00-1629 JMR/FLN

Datalink Corporation,
a Minnesota corporation,

Plaintiff,

v.

Datalink.net, Inc.,
a Nevada corporation

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to this litigation, through their respective legal counsel, hereby stipulate and agree that this matter may be dismissed with prejudice and without cost to any party.

Dated: MAY 30, 2001

**MESSERLI & KRAMER, P.A.**

George R. Serdar (#99259)
Elizabeth L. Plitzuweit (#278646)
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
(612) 672-3600

ATTORNEYS FOR PLAINTIFF

Dated: February 1, 2001

**FAEGRE & BENSON LLP**

James R. Steffen (#204717)
Ann Dunn Wessberg (#25762X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

ATTORNEYS FOR DEFENDANT

M2:20363939.01